AO91 (Rev. 12/03)  Criminal Complaint                                                      AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** <br><br> Ledy Noemi CORDON-Fajardo De Vasquez <br> AKA Ledy CORDON-Fajardo <br> IAE <br> Guatemala 1975 | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:18-po-20317 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 28, 2018** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Ledy Noemi CORDON-Fajardo De Vasquez was encountered by Border Patrol Agents near Roma, Texas on December 28, 2018. When questioned as to her citizenship, defendant stated that she was a citizen and national of Guatemala, who had entered the United States illegally on December 28, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Sanchez, Carlos  Border Patrol Agent
Signature of Complainant

Sanchez, Carlos    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 30, 2018                                           at    McAllen, Texas
Date                                                                         City/State

Peter E Ormsby         U.S. Magistrate Judge
Name of Judge           Title of Judge                              Signature of Judge